# EXHIBIT B

8/11/2018 Rapper Bobby Shmurda's Brooklyn gun possession charge officially becomes part of conspiracy case - NY Daily News

Case 1:18-cv-07268-PGG-BCM   Document 1-2   Filed 08/11/18   Page 2 of 7

TOPICS   DAILY NEWS   SUBSCRIBE 8 weeks for only 99¢   LOG IN

TRIAL OFFER | 8 weeks for 99¢

How sweet it is: Port Authority cops honor 'Donut Boy' with doughnuts

'I hope it was worth it': Cops bag Bronx suspect wanted for June killing

Actor Liev Schreiber charged with harassment after altercation with...

'They d

ADVERTISEMENT

NYC CRIME   NEW YORK

# Rapper Bobby Shmurda's Brooklyn gun possession charge officially becomes part of conspiracy case

By OREN YANIV
NEW YORK DAILY NEWS | FEB 24, 2015



Ackquille Pollard, better known as rapper Bobby Shmurda, was in Brooklyn Supreme Court Tuesday to learn his gun case was officially made part of another indictment in Manhattan. (Jesse Ward/for New York Daily News)

Bobby Shmurda's Brooklyn gun case was dismissed Tuesday — but that's not necessarily good news for the rising star

8/11/2018 Rapper Bobby Shmurda's Brooklyn gun possession charge officially becomes part of conspiracy case - NY Daily News

Case 1:18-cv-07268-PGG-BCM Document 1-2 Filed 08/11/18 Page 3 of 7

rapper.

The weapon possession charges he was accused of became part of a more serious conspiracy indictment filed last December in Manhattan.

inRead invented by Teads

ADVERTISEMENT

ADVERTISEMENT

They represent the most direct evidence against the 20-year-old hip hop phenom, who prosecutors described as the "driving force" behind a street crew called GS9 that was allegedly responsible for shootings and drug sales.

He was arrested with a pal in June 2014 after cops saw him holding a pistol inside an East Flatbush apartment, and he then tried to stuff the 9-mm. Glock between cushions of a couch, court documents allege.

That incident "is incorporated into the indictment (by the office of the Special Narcotics Prosecutor) so we're moving to dismiss," assistant district attorney Melissa Cardinale said in Brooklyn Supreme Court.

The move is technical and meant to avoid double jeopardy.

8/11/2018 Rapper Bobby Shmurda's Brooklyn gun possession charge officially becomes part of conspiracy case - NY Daily News

Case 1:18-cv-07268-PGG-BCM   Document 1-2   Filed 08/11/18   Page 4 of 7

Just over a month after the Brooklyn bust, while out on a $10,000 bail, Epic Records signed Shmurda - real name Ackquille Pollard - to a seven-figure deal.

His "Shmoney Dance" has become a viral sensation and his hit "Hot Boy" reached No. 6 on the Billboard chart and garnered close to 1 million downloads.



Bobby Shmurda arrives at Power 105.1's Powerhouse 2014 at Barclays Center in Brooklyn in 2014. (Scott Roth/Invision/AP)



But it all came crashing down with the conspiracy indictment, for which he's facing up to 25 years to life in prison and was locked up on a $2 million bail.

Defense lawyer Kenneth Montgomery called the exuberant bail amount "absolutely ridiculous" and contested the allegation his client led any gang.

"This is a glorified case and they have to follow their cheese," he said of prosecutors. "This is what we're fighting."

Shmurda, hands shackled behind his back and wearing a dark-gray sweat suit, looked behind him during the hearing as if to find relatives in the thin courtroom crowd. There were only a number of young strangers in the audience who nodded and smiled in recognition of the up-and-coming star.

Montgomery said Shmurda is trying to keep his head high behind bars while still hoping to make bail.

"I think he is resilient and I think he's trying to survive," the lawyer said.

oyaniv@nydailynews.com

Tab99la Feed

**Celine Dion: "He Is The Love Of My Life"**
DailyChoices

**This Picture of Prince Harry & Dad at The Same Age Will Make You Shiver**
MedicalMatters

**Stephon Marbury Just Made History In China**
SportsChew

Sponsored Links

## You May Like

**Eddie Murphy's Daughter Has Grown Up And Looks Exactly Like Him**
Cash Roadster

**17 Stars Who Gave Up Their Children For Adoption**
Topix

Sponsored Links

**Moments at the Royal Wedding You Didn't See on TV**
Weight Loss Groove

**Pierce Brosnan's Wife Just Turned 54 And Looks Amazing**
Travelfuntu

**Discover These Affordable And Beautiful Walk In Tubs For Seniors!**
Bathtubs | Sponsored Links

Sponsored Links

 **Recommended For You**

**Two police officers among four people killed in Canada mass shooting**

**Michigan father's jaw drops in court as he learns he could face life in prison for starvation death of 10-month-old daughter**

⚠ 74° Hicksville, NY     More ⌃

Sponsored Links by Taboola

**Lingerie By Rihanna**
Savage X Fenty

**Peek Inside Steph & Ayesha Curry's Mediterranean-Style Home**
Lonny

**Julia Roberts' Daughter Turns 12 & Looks So Much Like Her**
TummyTuckHipo

**Homeless Cat Refuses Food Unless It's In A Bag Until One Day Rescuers Follow Her And See Why**
Boredom Therapy

Sponsored Links ▷

ADVERTISEMENT

## LATEST

**NEW YORK**
Police shoot gunman in Rockaways after he refused to drop his weapon, sources say
12:15 AM

**NYC CRIME**
Ex-con ACS worker must stay away from boy he allegedly assaulted: judge
AUG 10, 2018


**NYC CRIME**
Father of baby found dead in East River brought back to New York from Thailand to face charges
AUG 10, 2018


**NYC CRIME**
Palisades Parkway Police chief busted trying to buy coke through the mail
AUG 9, 2018

**NYC CRIME**
Serial Midtown arsonist was busted after returning to the scene of one of his fires, feds say
AUG 9, 2018


8/11/2018 Rapper Bobby Shmurda's Brooklyn gun possession charge officially becomes part of conspiracy case - NY Daily News

**Case 1:18-cv-07268-PGG-BCM   Document 1-2   Filed 08/11/18   Page 7 of 7**

## You May Like

Sponsored Links by Taboola

**Melissa Sue Anderson Confirms What We Knew All Along**
IcePop

**Jackie Kennedy's Granddaughter Looks So Much Like Her!**
Miss Penny Stocks

**Rescued Owl Sends Everyone Into Tears After Seeing Her Rescuer**
Mutually

**She Was Their Groupie. But Then She Got Pregnant**
DirectExpose

ADVERTISEMENT



MONEY MAGAZINE SAYS TOURO'S NYSCAS IS #1. SO DO OUR STUDENTS.
APPLY NOW! NYSCAS.TOURO.EDU

MONEY is a registered trademark of Time Inc. and is used under license. From MONEY Magazine, ©2017 Time Inc. Used under license. MONEY and Time Inc. are not affiliated with, and do not endorse products or services of Touro College. Touro was ranked #1 in the Value-Added all stars ranking.

**Download** our mobile app
**Subscribe** for unlimited access

   

| | |
|---|---|
| Contact Us | Careers |
| Site Map | Feeds |
| Place an Ad | Media Kit |
| Contests | Special Sections |
| BestReviews | Manage Subscription |
| The Daily Meal | The Active Times |
| Privacy Policy | Terms of Service |

Copyright © 2018, New York Daily News