UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSE WARD,

                Plaintiff,

- against -

COMPOUND ENTERTAINMENT LLC,

                Defendant.

**ORDER**

18 Civ. 7268 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        On July 31, 2020, this Court adopted Judge Moses' Report & Recommendation and awarded Plaintiff $2,500 in statutory damages and $3,025 in attorney's fees and costs under the Digital Millennium Copyright Act. Accordingly, the Clerk of the Court is directed to enter judgment for Plaintiff and to close this case.

Dated: New York, New York
         October 16, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

1