**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
JESSE WARD,

                Plaintiffs,

                                                    18 **CIV** 7268 (PGG)

        -against-                               **DEFAULT JUDGMENT**

COMPOUND ENTERTAINMENT LLC,

                Defendant.
---------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED, AND DECREED**, that pursuant to the Court's Order dated October 16, 2020, on July 31, 2020, this Court adopted Judge Moses' Report and Recommendation and awarded Plaintiff $2,500 in statutory damages and $3,025 in attorney's fees and costs under the Digital Millennium Copyright Act; accordingly, judgment is entered for Plaintiff, and this case is closed.

**DATED**: New York, New York
             October 16, 2020

                                                  **RUBY J. KRAJICK**
                                                     _____
                                                     **Clerk of Court**
                                            BY: _____
                                                   **Deputy Clerk**